UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CURRIER,

        Plaintiff,        Case No.  06-12365

v.        District Judge Paul V.  Gadola

        Magistrate Judge R. Steven
WhalenTRANSUNION CREDIT INFORMATION
COMPANY, et al.,

        Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Defendant's Motion to Compel Discovery [Docket #22] having come on for hearing on January 9, 2007, and the Court being fully advised,

IT IS HEREBY ORDERED, for the reasons and under the terms stated on the record on January 9, 2007,  that said Motion is GRANTED.

IT IS FURTHER ORDERED that within 14 days of the date of this Order, Plaintiff shall supplement his responses to Defendant's Interrogatories 4, 6, 7, 9 and 13.

IT IS FURTHER ORDERED that Defendant's request for fees and costs is DENIED.  However, Plaintiff is cautioned that any future failure to comply with the Federal Rules of Civil Procedure or any order of this Court regarding discovery will likely result in monetary and/or other sanctions under Fed.R.Civ.P. 37.

        S/R. Steven Whalen  
        R. STEVEN WHALEN  
        UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 9, 2007.

        S/Gina Wilson  
        Judicial Assistant