UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CURRIER,

        Plaintiff,         Case No.  06-12365

v.         District Judge Paul V. Gadola

        Magistrate Judge R. Steven Whalen

TRANSUNION CREDIT INFORMATION
COMPANY, et al.,

        Defendant.
_____/

## ORDER EXTENDING DATES

Before the Court Defendant's Motion for Leave to Conduct Discovery and File Dispositive Motion after Ruling on Motion to Compel [Docket #25].  On January 9, 2007, the Court granted Defendant's Motion to Compel.  Accordingly, the present Motion [Docket #25] is GRANTED.

The discovery cut-off date is extended 90 days, to April 30, 2007.

Dispositive motions may be filed no later than May 30, 2007.

SO ORDERED.

                           S/R. Steven Whalen
                           R. STEVEN WHALEN
                           UNITED STATES MAGISTRATE JUDGE

Dated: January 9, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 9, 2007.

S/Gina Wilson
Judicial Assistant
